**Wagner Sheet Metal Co., Plaintiff-Appellant, v. Mrs. Vernon M. Barnes, Defendant-Appellee.**

**Gen. No. 11,883.** 

Second District.

April 29, 1964.

Paul T. Kalinich, of Glen Ellyn, for appellant; Corrigan and Mackay, of Wheaton (John R. Mackay, of counsel), for appellee. Opinion by JUDGE CARROLL. Not to be published in full.